UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DALLAS COUNTY, TEXAS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, et al.,<br><br>          Defendants. | Civil Action No. 25-4242 (CRC) |

## MOTION TO DISMISS

Defendants Robert F. Kennedy, Jr., Secretary, of the United States Department of Health and Human Services, United States Department of Health and Human Services, Jim O'Neil, Acting Director, Centers for Disease Control and Prevention, and the Centers of Disease Control and Prevention , through undersigned counsel, respectfully moves to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure12(b)(1) and 12(b)(6).  The grounds for this motion are set forth more fully in the accompanying supporting memorandum.  A proposed order is attached.

Dated: January 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*