**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DALLAS COUNTY, TEXAS**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 25-cv-4242 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [5] Motion for Preliminary Injunction is DENIED.  It is further

**ORDERED** that Defendants' [11] Motion to Dismiss is DENIED in relevant part and STRICKEN in relevant part without prejudice, in line with the Court's analysis in the accompanying Memorandum Opinion.  It is further

**ORDERED** that Defendants' [15] Motion to Stay is GRANTED, and further dispositive motion briefing in this case shall be STAYED until the D.C. Circuit issues an opinion in Climate United Fund v. Citibank, D.C. Cir. No. 25-5122, or such earlier time as the Court deems appropriate.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   July 23, 2026